UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APRIL L. GREENE,

     Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

Case No. C12-231-RSM

**ORDER FOR EAJA FEES**

The Court has reviewed the plaintiff's motion for Equal Access to Justice Act ("EAJA") fees and costs and **ORDERS**:

(1) The motion (Dkt. 17) is **GRANTED**.

(2) Plaintiff is awarded attorney's fees and costs pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, in the amount of **$7,229.23** for attorney's fees and **$350.00** in costs, for a total award of **$7,579.23**.

DATED this 15th day of February 2013.

             /s/ Ricardo S. Martinez
             RICARDO S. MARTINEZ
             UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES - 1